Motion by plaintiff.

(Reap. Dec. 10128)

AUTOMATIC VULCANIZERS CORP. *v.* UNITED STATES

Entry No. 873192, etc.

(Decided December 19, 1961)

*Lane, Young & Fox* for the plaintiff.
*William H. Orrick, Jr.,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: The merchandise the subject of the appeals for reappraisement enumerated in the schedule of reappraisements attached hereto consists of rubber vulcanizing materials imported from the Federal Republic of Germany at various dates in 1956, 1957, and 1958, prior to the effective date of the valuation provisions of the Customs Simplification Act of 1956.

Counsel for the parties have limited the appeals to the items of merchandise described in the attached schedule A and have submitted the appeals for decision upon stipulation, on the basis of which I find that foreign value, as defined in section 402(c), Tariff Act of 1930, as amended by the Customs Administrative Act of 1938, is the proper basis for the determination of the value of the merchandise described in the said schedule A and that such value in each instance is as indicated in the said schedule.

The appeals for reappraisement having been abandoned as to all other merchandise, they are, to that extent, dismissed.

Judgment will issue accordingly.

Schedule A

| Court No. | Collector's No. | Entry No. | Merchandise | Value |
|---|---|---|---|---|
| R59/717 | 12077 | 873192 | Deckendoktoren | Invoice unit value plus 33⅓%, plus packing. |
| R59/721 | 12085 | 841762 | Deckendoktoren (Symbol G) | " |
| R59/722 | 12087 | 777300 | Deckendoktoren | " |
| | | | RN–5 (Symbol F) | Invoice unit value plus 10%, plus packing. |
| R59/724 | 12089 | 815913 | Deckendoktoren (Symbol G) | Invoice unit value plus 33⅓%, plus packing. |
| R59/726 | 12093 | 790439 | Pangit Masse A and B (Symbol F) | Invoice unit value plus 20%, plus packing. |
| | | | Pangol Paste A and B | " |
| | | | Pangit Masse A and B (Weiss) | " |
| | | | Deckendoktoren (Symbol G) | Invoice unit value plus 33⅓%, plus packing. |
| R59/736 | 12111 | 923903 | Pangit Masse A and B | Invoice unit value plus 3%, plus packing. |
| R59/737 | 12112 | 761196 | Deckendoktoren (Symbol G) | Invoice value plus 33⅓%, plus packing. |
| | | | Pangit Masse A and B (Symbol F) | Unit invoice value plus 20%, plus packing. |
| R59/756 | 12065 | 831466 | Deckendoktoren | Invoice unit value plus 33⅓%, plus packing. |
| R59/757 | 12066 | 721153 | Manschetten Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | RN–5 | Invoice unit value plus 10%, plus packing. |
| | | | Deckendoktoren (Symbol G) | Invoice unit value plus 33⅓%, plus packing. |

| Court No. | Collector's No. | Entry No. | Merchandise | Value |
|---|---|---|---|---|
| R59/777 | 12104 | 705987 | Pangit Masse A and B | Invoice unit value plus 2%, plus packing. |
| | | | Manschetten Masse B | " |
| | | | Deckendoktoren | Invoice unit value plus 33⅓%, plus packing. |
| R59/750 | 12059 | 890427 | Deckendoktoren | App. unit value less 45%, less 2%, plus packing. (Col. G) |
| | | | Nylon Deckendoktoren RN-5 | " " |
| R59/731 | 12097 | 887121 | Deckendoktoren (Symbol F) | App. unit value less 45%, less 2%, plus packing. |
| R59/774 | 12100 | 794010 | Pangit Masse A and B (Symbol GG) | App. unit value less 45%, less 2%, plus packing. |
| | | | Deckendoktoren | App. unit value less 45%, less 2%, plus packing. (Col. G) |
| R59/775 | 12101 | 860714 | Pangit Masse A and B | Invoice unit value plus 3%, plus packing. |
| | | | Pangol Paste A and B | " |
| R59/778 | 12107 | 847246 | Pangit Masse A and B | App. unit value less 45%, less 2%, plus packing. (Col. G) |
| | | | Deckendoktoren | Invoice unit value plus 33⅓%, plus packing. |